Order signed. See, also, 87 Misc. Rep. 315, 149 N. Y. Supp. 949.

HENDRIX AVE. REALTY CO., Appellant, v. PRENDERGAST, Comptroller, Respondent. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Application of the Hendrix Avenue Realty Company for a peremptory writ of mandamus against William A. Prendergast, Comptroller, etc. No opinion. Order affirmed, with $10 costs and disbursements.

In re HENRY KUPFER & CO. (Supreme Court, Appellate Division, First Department. December 24, 1914.) In the matter of Henry Kupfer & Co. No opinion. Motion granted, to the extent stated in order. Order filed. See, also, 150 N. Y. Supp. 1037.

HERTS, Respondent, v. KOBLER, Appellant. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Edwin J. Herts against Regina Kobler. L. A. Tanzer, of New York City, for appellant. J. Canter, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HETFIELD. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) In the matter of disbarment proceedings against Elbert V. Hetfield, an attorney at law. No opinion. Issues raised by the petition and answer referred to Adelbert Moot, of Buffalo, to take the proofs thereon and return to this court, with his opinion thereon.

H. G. VOGEL CO., Appellant, v. GEORGE BACKER CONST. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by the H. G. Vogel Company against the George Backer Construction Company. D. Bernstein, of New York City, for appellant. S. Levy, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HICKSON v. RIDDER. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Richard J. Hickson against Joseph E. Ridder. No opinion. Application denied, with $10 costs. Order signed. See, also, 151 N. Y. Supp. 1121.

HICKSON v. RIDDER. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Richard J. Hickson against Joseph E. Ridder. No opinion. Motion denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 1121.

HILL, Respondent, v. NATIONAL SKY-LIGHT & VENTILATOR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by Frank Hill against the National Skylight & Ventilator Company. No opinion. Judgment and order affirmed, with costs.

151 N.Y.S.—71

HITCHCOCK, Appellant, v. EARL, Respondent, et al. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by John F. Hitchcock against Edward Earl, impleaded with others. J. Nicolson, of New York City, for appellant. S. Bacon, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HITCHINGS et al., Appellants, v. NEW YORK, B. & M. B. RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by Hector M. Hitchings and others against the New York, Brooklyn & Manhattan Beach Railway Company and another. No opinion. Motion for resettlement of order granted. See, also, 150 N. Y. Supp. 1090.

HOAGLAND, Appellant, v. DAY, Respondent. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) Action by Edward A. Hoagland, Jr., against Jason S. Day. No opinion. Order affirmed, with $10 costs and disbursements.

HOFFMAN v. ST. JAMES BUILDING, INC. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by Felix Hoffman against the St. James Building, Incorporated. No opinion. Application denied, with $10 costs. Order signed.

HOLSTEIN, Respondent, v. STEEPLE-CHASE PARK CO., Appellant (two cases). Supreme Court, Appellate Division, First Department. February 5, 1915.) Action by Minnie Holstein against the Steeplechase Park Company. S. D. Shwitzer, of New York City, for appellant. G. H. Taylor, Jr., of New York City, for respondent. No opinion. Judgments and orders affirmed, with costs. Orders filed. See, also, 151 N. Y. Supp. 1121.

HOLSTEIN v. STEEPLECHASE PARK CO. (two cases). (Supreme Court, Appellate Division, First Department. February 26, 1915.) Actions by Minnie Holstein and by Jacob Holstein against the Steeplechase Park Company. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 151 N. Y. Supp. 1121.

In re HORTON'S WILL. (Supreme Court, Appellate Division, First Department. January 22, 1915.) In the matter of proving the last will and testament of George W. Horton, deceased. No opinion. Motion to dismiss appeal denied on condition that appellant perfect the appeal, place the case on the March calendar of 1915, and be ready for argument when reached; otherwise, motion granted. See, also, 150 N. Y. Supp. 1090.

HOTALING, Respondent, v. JAMES STEW-ART & CO., Inc., Appellant. (Supreme Court, Appellate Division, Third Department. January 15, 1915.) Action by John Hotaling against James Stewart & Co., Incorporated.